UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

RODNEY SKINNER,

    **Defendant.**

-------------------------------------------------------------X

96-MJ-00916 (UA)-1

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2023

**SARAH NETBURN, United States Magistrate Judge**:

The Court has received communication from Rodney Skinner requesting to seal his dismissed matter. The Government is directed to file a status letter by April 5, 2023.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 22, 2023
               New York, New York